**Order entered November 24, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01570-CR

**JUAN MARTIN PEDROZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-75239-H**

## ORDER

We **REINSTATE** this appeal.

We abated for the trial court to clarify whether appellant, who otherwise waived his right of appeal by entering into a plea bargain agreement with the State, was granted permission to appeal by the trial court. The trial court held a hearing, and the supplemental reporter's and supplemental clerk's records have been filed. The records show the trial court allowed appellant to appeal, and an amended

certification of appellant's right to appeal has been filed reflecting the same. The appeal will be submitted in due course.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Tina Yoo Clinton**,** Presiding Judge, Criminal District Court No. 1; and counsel for the parties.


/s/    LANA MYERS
        JUSTICE